**Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000885
15-FEB-2018
09:44 AM**

NO. CAAP-17-0000885

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee,
v.
CORY WAIALEALE, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CR. NO. 15-1-0455)

ORDER APPROVING THE JANUARY 24, 2018
STIPULATION TO DISMISS APPEAL
(By: Leonard, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal
(Stipulation), filed January 24, 2018, by Defendant-Appellant
Cory Waialeale (Waialeale), it appears that:

(1) The appeal has been docketed;

(2) The Stipulation states that the parties stipulate
to dismiss the appeal, pursuant to Hawai'i Rules of Appellate
Procedure (HRAP) Rules 42(b) and (c);

(3) The stipulation is not signed by counsel for
Appellee State of Hawai'i, but it is signed by Waialeale's
counsel, and it includes Waialeale's declaration showing he
understands the consequences of voluntary dismissal, consistent
with HRAP Rule 42(c). Therefore, the court construes the
stipulation as a motion to dismiss the appeal; and

(4) Because the appeal has been docketed, dismissal is
authorized by HRAP Rules 42(b) and (c).

Therefore, IT IS HEREBY ORDERED that the motion to dismiss the appeal is granted, and the appeal is dismissed.

DATED: Honolulu, Hawai'i, February 15, 2018.

Presiding Judge

Associate Judge

Associate Judge